Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TINA KALOUSTIAN,**<br><br>Plaintiff,<br><br>v.<br><br>**P&B CAPITAL GROUP, LLC,**<br><br>Defendants, | Case Number: 8:14-CV-01430-JLS-RNB<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//

1  NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.
2  The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety
3  with prejudice within 45 days.  Plaintiff requests that all pending dates and filing
4  requirements be vacated and that the Court set a deadline on or after December 18,
5  2014 for filing a joint dismissal.

Respectfully submitted,

Date:  November 5, 2014                    **HYDE & SWIGART**

                                        By:   s/ Crosby S. Connolly
                                              Crosby S. Connolly
                                              Attorneys for Plaintiff

**HYDE & SWIGART**
San Diego, California