# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TINA KALOUSTIAN,**<br><br>Plaintiff,<br><br>v.<br><br>**P&B CAPITAL GROUP LLC,**<br><br>Defendants. | Case No: 8:14-CV-01430-JLS-RNB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. JOSEPHINE L. STATON** |

Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice.

IT IS SO ORDERED.

Dated: _____                    _____
                                    HON. JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE