**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TINA KALOUSTIAN,**<br><br>Plaintiff,<br><br>v.<br><br>**P&B CAPITAL GROUP LLC,**<br><br>Defendants. | Case No: SACV 14-01430-JLS(RNBx)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. JOSEPHINE L. STATON** |

    Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice.

    IT IS SO ORDERED.


Dated: December 15, 2014          _____
                                                       JOSEPHINE L. STATON
                                                       HON. JOSEPHINE L. STATON
                                                       UNITED STATES DISTRICT JUDGE